IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. ROBINSON, | : | CIVIL ACTION NO. 4:25-CV-2217 |
| | : | |
| Plaintiff | : | (Judge Neary) |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY, *et al.*, | : | |
| | : | |
| Defendants | : | |

## MEMORANDUM

This matter comes before the court upon the Report and Recommendation ("R&R") (Doc. 5) of Chief Magistrate Judge Daryl F. Bloom, wherein Chief Judge Bloom recommends this court dismiss *pro se* plaintiff Michael J. Robinson's complaint (Doc. 1) in its entirety, but grant him leave to amend. Robinson is no stranger to federal court, as documented by Magistrate Judge Carlson. See Robinson v. City of Shamokin, No. 4:25-CV-1134, 2025 WL 3288421, at *1 n.1 (M.D. Pa. Nov. 14, 2025), report and recommendation adopted, No. 4:25-CV-1134, 2025 WL 3288427 (M.D. Pa. Nov. 25, 2025) (noting several cases filed by Robinson). In a prior case, Robinson asserted claims against a defendant who is also named in the current action—the City of Shamokin. Id. at *1. Having the benefit of Robinson's numerous filings in his prior cases, not mention other matters currently pending in other federal districts, the court will adopt Chief Judge Bloom's R&R in part; the court will dismiss Robinson's complaint, but dismiss with prejudice.

When reviewing an R&R from a magistrate judge, this court is to give *de novo* review of the contested portions of the report and afford "reasoned

consideration" to the uncontested portions of the report. See E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (citations omitted).

Trying its best to parse his complaint, (Doc. 1), the court construes it as saying the various government defendants are conspiring against Robinson by letting a dangerous individual, Travis Gower, harm Robinson. In neither his complaint nor his objections, Robinson never specifies how Gower is harming him, nor does he lay out how the various defendants have failed to stop Gower. Moreover, because Robinson wishes to pursue an action under the RICO statute, he would need to show how the various defendants are profiting off their alleged wrongdoings here. Finally, the court notes that Robinson is complaining of Gower here; however, in a case pending in the Northern District of Georgia, Robinson initially listed Gower as a co-plaintiff. Complaint at ECF 1, Robinson v. Bragg, 1:25-CV-4826 (N.D.G.A. Aug. 27, 2025).[1]

---

[1] "[C]ourts are [] permitted to take judicial notice of docket entries filed in separate litigation proceedings." FCS Cap. LLC v. Thomas, 579 F. Supp. 3d 635 (E.D. Pa. 2022)

Taking all of Robinson's filings together, both in this case and his other pending cases,[2] the court concludes Robinson's complaints are delusions, and do not state federal claims. In many of his filings, he alleges various defendants are acting against him due to his support for President Trump. These accusations are baseless, not mention unconnected to the harms he asserts in this action which are RICO violations. Accordingly, his complaint will be dismissed with prejudice[3] because it is clear any leave to amend would be futile. An appropriate order shall issue.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

May 29th, 2026

---

[2] Robinson v. Bragg, 1:25-CV-4826 (Northern District of Georgia); Robinson v. James, 1:25-CV-8320 (Southern District of New York).

[3] See Unum v. Expert Witness, No. 3:14-CV-2332, 2015 WL 136384, at * 2 (M.D. Pa. Jan. 7, 2015) (dismissing complaint with prejudice due to "plaintiff's history of filing similarly nonsensical complaints in district courts."