## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL J. ROBINSON,** | : | **CIVIL ACTION NO. 4:25-CV-2217** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **MONTGOMERY COUNTY, *et al.,*** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 29th day of May, 2026, upon consideration of the Report and Recommendation ("R&R") (Doc. 5) of Chief Magistrate Judge Daryl F. Bloom, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Chief Judge Bloom's R&R, (Doc. 5), is ADOPTED in part.

2. The complaint (Doc. 1) is DISMISSED with prejudice.

3. Any appeal from this order is deemed to be frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

4. The Clerk of Court shall CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania